# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### SENTENCING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **COURT MINUTES – CRIMINAL** |
| Plaintiff, | Case No: 23-CR-156(2) (SRN/SGE) |
| v. | Date: Thursday, December 11, 2025 |
| | Court Reporter: Tim Willette |
| **JAMAAL RASHED RICE (2),** | Courthouse: Saint Paul |
| | Courtroom: 7A |
| Defendant. | Time Commenced: 1:30 p.m. |
| | Time Concluded: 2:40 p.m. |
| | Time in Court: One (1) Hour Ten (10) Minutes |

Before The Hon. Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
  For Plaintiff:    Kristian Weir, USAO
  For Defendant:  Kevin Riach, CJA

**PROCEEDINGS**:
  X **Sentencing**

**IT IS ORDERED**:
  Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| COUNT ONE (1) INDICTMENT | | X | THIRTY (30) MONTHS | | FIVE (5) YEARS | | |

  X  **See J&C for Special Conditions**.
    X Count Four (4) of the Indictment was DISMISSED on the motion of the United States

  X **Defendant sentenced to pay**:
    X Special Assessment in the amount of $100.00 to the Crime Victims Fund.

  X **Defendant is remanded to the custody of the United States Marshal**.

  X **Sealed Matters**:   Sealed submission to the Court, Doc. No. 560, shall remain sealed for Thirty (30) Years (December 11, 2055).

Dated:  Thursday, December 11, 2025

*s/Lynn L. Magee*
Courtroom Deputy to
The Hon. Susan Richard Nelson